## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC., d/b/a JET ICU,**

    *Plaintiffs and Petitioners,*

vs.

**WORLDWIDE INSURANCE SERVICES, LLC, d/b/a GEOBLUE,**
a limited liability company;

**XAVIER BECERRA,**
as the Secretary of the United States Department of Health and Human Services;

**CHIQUITA BROOKS-LASURE,**
As Administrator for the Centers for Medicare and Medicaid Services;

    *Defendants.*

_____/

Case No.:
8:24-cv-01083-MSS-SPF

Judge: Hon. Mary S. Scriven

## NOTICE OF UNAVAILABILITY

**NOTICE IS HEREBY GIVEN** that:

1. The undersigned attorney shall be absent from the State of Florida **from June 25, 2024 through, and including, July 3, 2024** and, therefore, unavailable for any hearings, trials, depositions, or other matters with respect to the above-styled matter.

2. The undersigned respectfully requests that no hearings, trial, mediations, or depositions be scheduled during this time; no motions, notices to produce, interrogatories or other

1

pleadings be filed which may require a timely response or other action during this time; and that all pending matters remain in status quo during this period of time.

3. The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for a protective order as appropriately required for the reasons stated above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Stephen Hunter Johnson Esq. (shj@lydecker.com, amorrison@lydecker.com, ag@lydecker.com), Lydecker LLP, 1221 Brickell, 19th Floor, Miami, Florida 33131, *Attorney for Defendant* on June 4th, 2024.

Michael Brannigan
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
Brannigan35@yahoo.com
(352) 796-2540
(352) 796-2549 (fax)
*Attorney for Plaintiffs and Petitioners*