## UNITED STATES DISTRICTCOURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WORLDWIDE AIRCRAFT SERVICES, INC.,**
**d/b/a JET ICU**, a Florida Corporation,

    *Plaintiff and Petitioner*,

vs.

**WORLDWIDE INSURANCE SERVICES, LLC d/b/a GEOBLUE,**
a limited liability company;

**XAVIER BECERRA,**
as the Secretary of the United States Department of Health and Human Services;

**CHIGUITA BROOKS-LASURE,**
As Administrator for the Centers for Medicare and Medicaid Services;

    *Defendants*.
_____/

Case No.:
8:24-cv-01083-MSS-SPF

Judge: Hon. Mary S. Scriven

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Worldwide Aircraft Services Inc, d/b/a Jet ICU, by and through his undersigned counsel, and Defendants, by and through their undersigned counsel, hereby agree and stipulate that the Plaintiff's causes of action against Defendant shall be dismissed with prejudice. Each side shall bear their own attorney's fees and costs incurred herein.

| | |
|---|---|
| /s/ Michael Brannigan<br>Michael Brannigan,<br>Florida Bar #0075256<br>1511 N Westshore Blvd, Suite 650<br>Tampa, Florida 33607<br>Ph#   (352)796-2540<br>Fax#  (352)796-2549<br>MichaelBrannigan@JetICU.com<br>Attorney for the Plaintiff<br>Dated July 17, 2024 | /s/ Alan J. Perlman<br>Alan J. Perlman, Esq.<br>Florida Bar No.: 826006<br>DICKINSON WRIGHT PLLC<br>350 East Las Olas Blvd, Suite 1750<br>Ft. Lauderdale, FL 33301<br>(954) 991-5427<br>aperlman@dicksonwright.com<br>Attorney for Worldwide Insurance Services,<br>LLC d/b/a GeoBlue<br>Dated July 17, 2024 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the Notice of electronic filing by certified mail to the following Defendants: WORLDWIDE INSURANCE SERVICES, LLC, D/B/A GEOBLUE, XAVIER BECERRA, and CHIQUITA BROOKS-LASURE.

/s/ Michael Brannigan
Michael Brannigan
Legal Counsel for Worldwide Aircraft Services Inc.
1511 N Westshore Blvd, Suite 650
Tampa, Florida 33607
MichaelBrannigan@JetICU.com
(352) 796-2540
(352) 796-2549 (fax)
Attorney for the Plaintiff